UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                CASE NO.   11-37041-BKC-RAM
SOFIA CAROLINA SOMOZA


CHAPTER 13

NOTICE OF DEPOSIT OF FUNDS WITH THE
U.S. BANKRUPTCY COURT CLERK

NOTICE IS HEREBY GIVEN THAT:

(XX) The trustee has a balance of $ 14,786.69  remaining in her bank
     account which represents unpresented checks drawn and mailed to
     debtor(s)/ creditor(s) in the above named case. Your trustee
     has made a good faith effort to verify the correct mailing
     address for said debtor(s)/Creditor(s) and deliver the funds
     before presenting this notice. More than sufficient time has
     passed for these checks to be presented for payment, or the
     creditor has returned funds indicating they refuse the funds.

(  ) The trustee has a balance of $    .00    remaining in her bank
     account which represents small dividends as defined by FRBP
     3010.

     Attached and made a part of this notice is a list, pursuant
to FRBP 3011, of the names, Claim numbers and addresses
of the debtor(s)/creditor(s) and the amounts to which they are
entitled.

     WHEREFORE, your trustee hereby gives notice that the above
stated sum has been deposited with the Clerk of the U. S.
Bankruptcy Court, Southern District of Florida, to effect closing
of this estate.


Date: _____FEB 2 4 2016_____          _Nancy K. Neidich_____
                                           NANCY K. NEIDICH
                                           CHAPTER 13 TRUSTEE

Copies to:

    SOFIA CAROLINA SOMOZA
    9200 SW 102 STREET
    MIAMI, FL 33176

    ZACH B. SHELOMITH, ESQ.
    2699 STIRLING RD, C401
    FORT LAUDERDALE, FL 33312

    U.S. Trustee
    51 S. W. 1st Avenue
    Miami, Florida 33130

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA


IN RE:                                  CASE NO.   11-37041-BKC-RAM
SOFIA CAROLINA SOMOZA


                                        CHAPTER 13


   SOFIA CAROLINA SOMOZA           ---------$      14,786.69

   9200 SW 102 STREET
   MIAMI, FL 33176


   ZACH B. SHELOMITH, ESQ.
   2699 STIRLING RD, C401
   FORT LAUDERDALE, FL 33312


   U.S. Trustee
   51 S.W. 1st Avenue
   Miami, Florida 33130